IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marco Pillco, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br><br>Tsukiji Fish Market, Inc., Defendant | Case No. 15-cv-6292<br><br><br><br>Judge Rowland |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted,

s/Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

s/Albert F. Ferolie
Albert F. Ferolie
Law Offices of Albert F. Ferolie, P.C.
218 N. Jefferson St., Ste. 401
Chicago, IL 60661